# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 12 C 9790 | DATE | 1/7/2013 |
| CASE TITLE | Philip York vs. FMS Inc. | | |

**DOCKET ENTRY TEXT**

Putative plaintiff Philip York ("York") indicates in his financial affidavit that he owns a condo with $80,000 of equity. As such, York's Motion for Leave to Proceed *In Forma Pauperis* [3] is denied.

Docketing to mail notices.

2013 JAN -9 PM 3:00
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|